# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>WARDEN GITTERE, et al.,<br><br>Respondents. | Case No. 3:18-cv-00496-LRH-WGC<br><br>**ORDER** |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis, but he has submitted a recent financial certificate along with his petition. The financial certificate shows that petitioner is able to pay the full filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that petitioner will have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED this 7th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE