| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 3:18-cv-00496-LRH-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GITTERE, et al., | |
| Respondents. | |

The court ordered petitioner to pay the filing fee because, based upon the incomplete information that he provided, he could pay the filing fee. ECF No. 3. Petitioner has filed a motion for clarification (ECF No. 4), in which he states that he does not have the money to pay the fee. Petitioner will need to file an application to proceed <u>in forma pauperis</u>, along with the required documents, to show that he cannot pay the fee.

IT THEREFORE IS ORDERED that petitioner's motion for clarification (ECF No. 4) is **GRANTED**. Petitioner need not pay the filing fee as previously required by the court's order of November 7, 2018 (ECF No. 3).

IT FURTHER IS ORDERED that petitioner shall file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee

///

///

1

of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED this 11th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE