# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | 3:18-cv-00496-LRH-WGC |
| *Petitioner,* | |
| vs. | ORDER |
| WARDEN GITTERE, *et al,* | |
| *Respondents*. | |

Respondents' motion for an enlargement of time (ECF No. 16) is GRANTED, and the time for respondents to file a response to the petition is extended up to and including August 13, 2019.

DATED this 3rd day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE