# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>Petitioner,<br><br>v.<br><br>WARDEN GITTERE, et al.,<br><br>Respondents. | Case No. 3:18-cv-00496-LRH-WGC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 18) is **GRANTED**. Respondents will have up to and including October 14, 2019, to file a response to the petition (ECF No. 12).

DATED this 15th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1