# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III, | Case No. 3:18-cv-00496-LRH-WGC |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN GITTERE, et al., | |
| Respondents. | |

Petitioner has filed a motion for appointment of counsel (ECF No. 25). Nothing in the motion would cause the court to depart from its denial (ECF No. 10) of petitioner's prior motion for appointment of counsel.

IT THEREFORE IS ORDERED that petitioner's motion for appointment of counsel (ECF No. 25) is **DENIED**.

DATED this 7th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE